IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ORSON D. MUNN III AND CHRISTINE MUNN, AS PARENTS AND NEXT FRIENDS OF C.M., AND INDIVIDUALLY,<br><br>    Plaintiffs,<br>V.<br><br>THE HOTCHKISS SCHOOL,<br><br>    Defendant. | Case No.: **3:09-cv-0919 (SRU)**<br><br>**REQUEST FOR**<br>**EXTENSION OF TIME**<br><br><br>DATED: JUNE 30, 2009 |

### REQUEST FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 7(b), defendant, THE HOTCHKISS SCHOOL, hereby requests a thirty (30) day extension of time to July 30, 2009 within which defendant may move, answer, or otherwise respond to plaintiff's complaint. The undersigned counsel requires additional time to review plaintiff's complaint and file a responsive pleading or motion. Plaintiff's counsel has been consulted and agrees to this request for extension of time to July 30, 2009. This matter is not yet scheduled for trial.

620410.1

Wherefore, the defendant respectfully requests that the Court grant this motion.

        THE DEFENDANT:

        THE HOTCHKISS SCHOOL

By: _____
        BRITTANY S. CATES (CT27106)
        HEIDELL, PITTONI, MURPHY & BACH, LLP
        30 Oak Street
        Stamford, CT 06905
        Telephone: 203.327.1800
        Facsimile: 203.353.1892
        Juris No.: 103041

## ORDER

The foregoing, having been heard by the Court, it is hereby ordered:

GRANTED / DENIED

BY _____
　　　　　　　　JUDGE / CLERK

620410.1

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant hereby certifies that on June 30, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

David S. Golub, Esq.
Craig Yankwitt, Esq.
Jonathan M. Levine, Esq.
Silver, Golub & Teitell
184 Atlantic St., P.O. Box 389
Stamford, CT. 06904
(203) 325-4491
Fax: (203) 325-3769
Email: dgolub@sgtlaw.com

Brittany S. Cates, Esq.

620410.1