IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

ORSON D. MUNN III AND CHRISTINE MUNN, AS PARENTS AND NEXT FRIENDS OF C.M., AND INDIVIDUALLY,

        Plaintiffs,

V.

THE HOTCHKISS SCHOOL,

        Defendant.

Case No.: 3:09-cv-0919 (SRU)

DATED: JULY 20, 2009

---

### DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant, THE HOTCHKISS SCHOOL, by and through its attorneys, Heidell, Pittoni, Murphy & Bach, LLP, hereby responds to and answers plaintiffs' Complaint, as follows:

### RESPONSE TO INTRODUCTION

**FIRST:** As to the allegations contained in the paragraph designated "Introduction," of plaintiffs' Complaint, THE HOTCHKISS SCHOOL denies the allegations contained therein.

### RESPONSE TO JURISDICTION AND VENUE

**SECOND:** As to the allegations contained in paragraph "1" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits that it is a non-stock corporation formed pursuant to the laws of the State of Connecticut with its principal place of business in the State of Connecticut.

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1

As to the remaining allegations, THE HOTCHKISS SCHOOL has insufficient knowledge or information upon which to form a belief and therefore leaves plaintiffs to their proof.

**THIRD:** As to the allegations contained in paragraph "2" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits that it resides in Connecticut. As to the remaining allegations, THE HOTCHKISS SCHOOL has insufficient knowledge or information upon which to form a belief and therefore leaves plaintiffs to their proof.

### RESPONSE TO PARTIES

**FOURTH:** As to the allegations contained in paragraph "3" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL has insufficient knowledge or information upon which to form a belief and therefore leaves plaintiffs to their proof.

**FIFTH:** As to the allegations contained in paragraph "4" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits the allegations contained therein.

### RESPONSE TO CLAIM FOR RELIEF

**SIXTH:** As to the allegations contained in paragraph "5" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits the allegations contained therein.

**SEVENTH:** As to the allegations contained in paragraph "6" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits that it accepts students for residential living on school grounds in Lakeville, Connecticut and has rules regarding the behavior of students, including

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1

rules intended for the protection, safety, and welfare of students. As to the remainder of the paragraph, defendant denies the allegations contained therein.

**EIGHTH:** As to the allegations in paragraph "7" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits that it offers high quality international study and travel programs to its students, including an international study and travel program in China. As to the remainder of the paragraph, defendant denies the allegations contained therein.

**NINTH:** As to the allegations contained in paragraph "8" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL has insufficient knowledge or information upon which to form a belief and therefore leaves plaintiffs to their proof.

**TENTH:** As to the allegations contained in paragraphs "9," "10," "11," "12," "13," "14," and "15" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits these allegations.

**ELEVENTH:** As to the allegations contained in paragraph "16" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL denies the allegations contained therein.

**TWELFTH:** As to the allegations contained in paragraph "17" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits the allegations contained therein.

**THIRTEENTH:** As to the allegations contained in paragraphs "18," "19," "20," "21," "22," "23," "24," "25," and "26" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1

denies these allegations.

**FOURTEENTH:** As to the allegations contained in paragraph "27" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL admits that C.M. was transferred to the Beijing United Medical Center. As to the remaining allegations, THE HOTCHKISS SCHOOL denies these allegations.

**FIFTEENTH:** As to the allegations contained in paragraphs "28" and "29" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL denies these allegations.

**SIXTEENTH:** As to the allegations contained in paragraphs "30" and "31" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL has insufficient knowledge or information upon which to form a belief and therefore leaves plaintiffs to their proof.

**SEVENTEENTH:** As to the allegations contained in paragraph "32" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL denies the allegations contained therein.

**EIGHTEENTH:** As to the allegations contained in paragraphs "33" and "34" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL has insufficient knowledge or information upon which to form a belief and therefore leaves plaintiffs to their proof.

**NINETEENTH:** As to the allegations contained in paragraph "35" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL denies the allegations contained therein.

**TWENTIETH:** As to the allegations contained in paragraphs "36," "37," "38,"

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1

"39," and, "40" of plaintiffs' Complaint, THE HOTCHKISS SCHOOL has insufficient knowledge or information upon which to form a belief and therefore leaves plaintiffs to their proof.

**TWENTY-FIRST:** As to the allegations contained in paragraph "41" and all subparts contained therein of plaintiffs' Complaint, THE HOTCHKISS SCHOOL denies these allegations.

### FIRST DEFENSE

The undersigned defendant, THE HOTCHKISS SCHOOL, demands that plaintiffs take nothing from it, that judgment be entered in defendant's favor, that plaintiffs' Complaint be dismissed with prejudice, that the undersigned defendant be awarded its costs incurred in connection with this matter, and for such other and further relief as the Court deems just and proper.

### SECOND DEFENSE

Plaintiffs' Complaint fails to state a claim against THE HOTCHKISS SCHOOL upon which relief may be granted.

### THIRD DEFENSE

Plaintiffs failed to mitigate their alleged damages, if any.

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1

### FOURTH DEFENSE

This Court lacks subject matter jurisdiction.

### FIFTH DEFENSE

Plaintiffs voluntarily assumed the risk of their own culpable conduct and alleged injuries which resulted there from.

### SIXTH DEFENSE

Plaintiff's injuries, if any, were caused by the acts or omissions of third parties and/or an Act of God over whom and for which THE HOTCHKISS SCHOOL had no control and for whom and which the undersigned defendant cannot be held responsible.

### SEVENTH DEFENSE

Plaintiffs' alleged injuries were caused by their own contributory negligence.

### EIGHTH DEFENSE

Plaintiffs signed a release and waiver of liability.

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1

WHEREFORE, the undersigned Defendant, THE HOTCHKISS SCHOOL denies that Plaintiffs are entitled to recover from it any damages or any other relief sought in Plaintiffs' Complaint.

### DEMAND FOR JURY TRIAL

The defendant, THE HOTCHKISS SCHOOL, demands a jury trial.

This 20th day of July, 2009.

                THE DEFENDANT:

                THE HOTCHKISS SCHOOL

By: _____
BRITTANY S. CATES (CT27106)
HEIDELL, PITTONI, MURPHY & BACH, LLP
30 Oak Street
Stamford, CT 06905
Telephone: 203.327.1800
Facsimile: 203.353.1892
Juris No.: 103041

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant hereby certifies that on July 20, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

David S. Golub, Esq.
Craig Yankwitt, Esq.
Jonathan M. Levine, Esq.
Silver, Golub & Teitell
184 Atlantic St., P.O. Box 389
Stamford, CT. 06904
(203) 325-4491
Fax: (203) 325-3769
Email: dgolub@sgtlaw.com

Brittany S. Cates, Esq.

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

623232.1