UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ORSON D. MUNN III AND CHRISTINE MUNN, : <br> AS PARENTS AND NEXT FRIENDS OF C. M., : <br> AND INDIVIDUALLY, : <br>    : <br> Plaintiffs, : <br>    : <br> V.   : <br>    : <br> THE HOTCHKISS SCHOOL, : <br>    : <br> Defendant. : | 3:09 CV 0919 (SRU) <br><br><br> OCTOBER 16, 2009 |

MOTION FOR EXTENSION OF TIME

    Plaintiffs Orson D. Munn and Christine Munn, through counsel, respectfully move this Court for an extension of time until November 17, 2009 in which to serve their answers or objections to defendant's First Set of Interrogatories and Requests for Production directed to each plaintiff. The time requested is reasonably necessary for preparation of plaintiffs' responses.

    Attorney Brittany Coles, counsel for defendant, consents to the granting of this Motion. This is plaintiffs' first request for an extension of time directed to this deadline.

                                                                  PLAINTIFFS,

                                                                   BY  /s/
                                                                   DAVID S. GOLUB  ct 00145
                                                                   SILVER GOLUB & TEITELL LLP
                                                                   184 ATLANTIC STREET
                                                                   P.O. BOX 389
                                                                   STAMFORD, CT  06904
                                                                   (203) 325-4491

**CERTIFICATION**

      I hereby certify that on October 16, 2009, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone un able to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/
                              DAVID S. GOLUB   ct00145
                              SILVER GOLUB & TEITELL LLP
                              184 Atlantic Street
                              P. O. Box 389
                              Stamford, CT 06904
                              Telephone: 203-325-4491
                              Fax: 203-325-3769
                              dgolub@sgtlaw.com