IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ORSON D. MUNN III AND CHRISTINE MUNN, AS PARENTS AND NEXT FRIENDS OF C.M., AND INDIVIDUALLY,<br><br>    Plaintiffs,<br>V.<br>THE HOTCHKISS SCHOOL,<br><br>    Defendant. | Case No.: **3:09-cv-0919 (SRU)**<br><br><br><br>DATED: FEBRUARY 12, 2010 |

## NOTICE

The defendant THE HOTCHKISS SCHOOL hereby gives notice that it has this day complied with plaintiff's Interrogatories and Request for Production of Documents dated December 16, 2009.

        THE DEFENDANT:
        THE HOTCHKISS SCHOOL

        BY: _____
        BRITTANY S. CATES (CT27106)
        Heidell, Pittoni, Murphy & Bach, LLP
        30 Oak Street
        Stamford, CT 06905
        (203) 327-1800
        Juris No.: 103041

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

671418.1

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant hereby certifies that on February 12, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

David S. Golub, Esq.
Craig Yankwitt, Esq.
Jonathan M. Levine, Esq.
Silver, Golub & Teitell
184 Atlantic St., P.O. Box 389
Stamford, CT. 06904
(203) 325-4491
Fax: (203) 325-3769
Email: dgolub@sgtlaw.com

Brittany S. Cates, Esq.

LAW OFFICES
HEIDELL, PITTONI,
MURPHY & BACH, LLP
30 OAK STREET
STAMFORD, CT 06905
(203) 327-1800
JURIS NO. 103041

671418.1