UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARA MUNN, et al, | : |
| Plaintiffs. | : CASE NO. 3:09-cv-0919 (SRU) |
| v. | : |
| THE HOTCHKISS SCHOOL, | : |
| Defendant. | : |
| | : February 28, 2013 |

### Defendant's Proposed Voir Dire

1. Have you, your spouse or other family member been a party to a lawsuit (other than a divorce case)? If so, please tell us about the nature of the case, whether you were the plaintiff or defendant, whether the case went to trial and the outcome.

2. Have you, your spouse or other family member ever been involved with a claim for damages that did not result in litigation? If so, please tell us about the nature of the claim, including how it was resolved. Were you satisfied with the resolution?

3. Have you, your spouse or other family member been involved in any litigation as a witness, consultant or as part of a legal team? In what capacity? What kind of case?

4. Have you, your spouse or other family member ever been involved in a legal dispute with a school? If so, what was the nature of the dispute? How was it resolved? Were you satisfied with the resolution?

5. Do you, your spouse or anyone else close to you have issues with speech, including an inability to speak?

6. Have you, your spouse or anyone else close to you had a stroke or a brain injury? If so, can you tell us a little about that?

7. Do you, your spouse or anyone else close to you have a chronic medical condition? If so, can you tell us a little about the condition?

8. Do you, your spouse or anyone else close to you work in the medical field? Have medical training? If so, can you tell us about the employment or training?

9. Do you, your spouse or anyone else close to you work in education or teaching? If so, who? Where?
10. Have you, your spouse or anyone else close to you ever worked as a camp counselor? If so, who? Where?
11. Do you have kids? If so, have you ever sent them on a school-sponsored trip? Summer camp?
12. Do you, your spouse or anyone else close to you work in the legal field, for lawyers or the courts? If so, can you tell us about the employment?
13. Do you, your spouse or anyone else close to you have experience with international travel? If so, can you tell us where you have travelled and whether you went as part of a group. With what group, if any, have you travelled? How was your experience?
14. Have you had experiences with people from other countries that live in the U.S., or people who live in the U.S. but speak with a foreign accent, that causes you to have an impression about people from other countries? If so, please describe your impressions.
15. Do you think that a boarding school is responsible for anything bad that happens to one of its students? Explain.
16. Do you think that if a boarding school student is harmed while on a school trip, the school should be held responsible? Explain.
17. Have you or any of your close family members or friends ever developed a serious illness from a bug bite?
    If so, who? What happened?
    Where were you when you got the bug bite?
    Where on your/their body was the bug bite?
18. Do you, your spouse or anyone else close to you have an insect-related disease? If so, can you tell us a little about the disease?
19. Do you ever go hiking or on nature walks?
    If so, do you wear protective clothing to avoid bug bites? Do you wear bug spray or insect repellant?
20. Have you or any of your close family members or friends ever travelled abroad as part of a tour group or school trip?
    Who?

>   Where did you/they study?
>
>   Where did they travel during the program?
>
>   Did you/they encounter any problems with the study abroad program? If so, what happened?

21. Have you or any of your close family members ever studied abroad?

    Who?

    Where were you/they studying?

    Did you/they encounter any problems with the study abroad program? If so, what happened?

22. Have you or any of your close family members or friends ever travelled to Asia?

    Where?

    When?

    Did you travel with a group or alone?

    Will you tell us about your experiences?

    Any problems encountered on your trip? If so, what happened?

23. Have you or any of your close family members or friends ever had a serious health problem when travelling abroad?

    If so, who? What happened?

24. The plaintiffs in this case are Cara Munn, Orson Munn, and Christine Munn. The Munns have homes in New York City, Southampton on Long Island, and in Stratton, Vermont. Cara Munn is a student at Trinity College in Hartford, CT. Do you know the plaintiffs? Ever heard of them?

25. The defendant in this case is The Hotchkiss School, a boarding school in Lakeville, Connecticut. Do you have any experience with Hotchkiss? Do you have any knowledge of Hotchkiss?

Respectfully submitted,

**DEFENDANT,
THE HOTCHKISS SCHOOL**

By: /s/ Penny Q. Seaman
Penny Q. Seaman (ct05813)
Jessica Bruno Vetter (ct29158)
WIGGIN AND DANA LLP
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400; (203) 762-2889 (fax)
pseaman@wiggin.com; jvetter@wiggin.com

Michael T. McGinley (ct29108)
WIGGIN AND DANA LLP
Two Stamford Plaza, 281 Tresser Boulevard
Stamford, CT 06901
(203) 363-7638; (203) 363-7676 (fax)
mmcginley@wiggin.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, a true copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ Penny Q. Seaman

17804/2/2846541.1