UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        :
MUNN, ET AL                             :   CIVIL ACTION NO.
                                        :   3:09cv0919 (SRU)
                                        :
vs.                                     :
                                        :
THE HOTCHKISS SCHOOL                    :   FEBRUARY 28, 2013
_____:

## PLAINTIFFS' PROPOSED VOIR DIRE

I.   The plaintiffs agree with the Defendant's Proposed Voir Dire questions: Nos. 1, 2, 4-9, 11-13, 17-19, 20-23, and 25, with the caveat that any follow-up questions to affirmative answers to Nos. 17, 18, 19, and 23 be asked outside the presence of the other prospective jurors in order to avoid tainting the pool.

II.  The plaintiffs do not believe the following Defendant's Proposed Voir Dire questions are necessary: Nos. 3, 10, 14.

III. The plaintiffs oppose the following Defendant's Proposed Voir Dire questions for the reasons stated:

   Nos. 15 and 16: These questions seek answers to ultimate issues in the case;

   No. 24: The sentence "The Munns have homes in New York City, Southampton on Long Island, and in Stratton, Vermont" contains irrelevant information that is plainly designed to, and is substantially

       likely to, create an unfavorable first impression among a portion of the jury pool. The plaintiffs agree with the remainder of No. 24.

IV. The plaintiffs propose the following additional questions:

a. The Hotchkiss School officials and employees involved in this case include Dr. Jared Zelman, the School's Medical Director, who is an emergency medicine physician at Sharon Hospital in Sharon, CT. Do you have any experience with, or knowledge of, Dr. Zelman or Sharon Hospital?

b. One of the witnesses in this case is Dr. Douglas Finch, a physician at Sharon Hospital in Sharon, CT. Do you have any experience with, or knowledge of, Dr. Finch or Sharon Hospital?

c. Have you or anyone close to you ever travelled to an exotic destination? If so, did you travel with the assistance of a tour company? How was that experience?

d. Did you or anyone close to you attend a private secondary boarding or day school?

e. Do you currently have one or more children attending, or applying for acceptance to, a private secondary boarding or day school?

      Respectfully submitted,

      THE PLAINTIFFS

      By /s/_____
         Antonio Ponvert III
         Federal Bar No. ct17516
         Koskoff, Koskoff & Bieder
         350 Fairfield Avenue
         Bridgeport, Connecticut 06604
         Tel:  203-336-4421
         Fax: 203-368-3244
         Email: aponvert@koskoff.com

## **CERTIFICATION**

This is to certify that on February 28, 2013, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Attorney Penny Q. Seaman
Wiggin and Dana, LLP
265 Church Street
New Haven, CT 06510

      /s/Antonio Ponvert III
       Antonio Ponvert III