UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
MUNN, ET AL                            :    CIVIL ACTION NO.
                                       :    3:09cv0919 (SRU)
                                       :
vs.                                    :
                                       :
                                       :
THE HOTCHKISS SCHOOL                   :    MARCH 23, 2013
_____ :

**PLAINTIFFS' SUPPLEMENTAL MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
CONCERNING THE DEFENSE THEORY THAT CARA MUNN CONTRACTED
POWASSAN VIRUS IN THE U.S. BEFORE DEPARTING FOR THE CHINA TRIP**

The Court denied the plaintiffs' original March 4 *Motion in Limine* to preclude evidence, argument, testimony or reference concerning the defense theory that Cara Munn contracted Powassan virus in the U.S. before the China trip at a time when she was not under the care and control of The Hotchkiss School. The Court reasoned that, at that time, before the start of trial, there appeared to be enough evidence to create an issue of fact that should fairly be decided by the jury.

Yesterday, however, during the testimony of the defendant's travel medicine expert, Dr. David Freedman, everything changed:

Q. I'm going to ask you one question about, you were talking about incubation period for these tick-borne encephalitis diseases, and you said the incubation period is from two to 28 days, but it's most commonly seven to 14 days, correct?

A. Correct.

Q. Okay.

> THE COURT: That was a correct? We didn't hear it but --
>
> BY MR. PONVERT: Q. Correct?
>
> A. Correct, I said correct.
>
> Q. *Meaning when someone contracts a tick-borne encephalitis, it is more likely than not that they were bitten by the tick seven to 14 days before the symptoms show up?*
>
> A. *Yes, that is correct. But that applies to all of the tick-borne flaviviruses, not just the particular viruses called TBE.*

March 22, 2103 p.m. Trial Tr. at 1259-1260 (emphasis added) (attached hereto as Exhibit A).

It is undisputed that the onset of Cara's symptoms was July 4. Taking the longest incubation period permitted by Dr. Freedman's testimony, it is more likely than not that Cara contracted the virus on or after June 20. But, it is undisputed that she departed the U.S. on June 10 and was in China for the entire period June 11 to June 20. Therefore, according to the unequivocal admission of the defendant's own travel medicine expert, there is no way that the jury could permissibly find that Cara contracted the virus in the U.S. on or before June 10.

For this reason, and for the reasons set forth in Plaintiffs' *Motion in Limine* No. 3, the plaintiffs request that the Court preclude any testimony, evidence, reference, inference or argument concerning the defendant's theory that Cara was infected with a tick-borne virus in the United States before departing on the China trip.

        Respectfully submitted,

        THE PLAINTIFFS


By  /s/_____
      Antonio Ponvert III
      Federal Bar No. ct17516
      Koskoff, Koskoff & Bieder
      350 Fairfield Avenue
      Bridgeport, Connecticut 06604
      Tel:  203-336-4421
      Fax: 203-368-3244
      Email: aponvert@koskoff.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

CARA MUNN, ET AL       : No. 3:09CV-919 (SRU)
: 915 Lafayette Boulevard
vs.          : Bridgeport, Connecticut
:
: March 22, 2013
THE HOTCHKISS SCHOOL    :

- - - - - - - - - - - - - - - - x


JURY TRIAL

      B E F O R E:

        THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.

     A P P E A R A N C E S:

     FOR THE PLAINTIFFS:

       KOSKOFF, KOSKOFF & BIEDER, P.C.
         350 Fairfield Avenue
         Bridgeport, Connecticut 06604
       BY:  ANTONIO PONVERT, ESQ.

     FOR THE DEFENDANT:

       WIGGIN & DANA
         265 Church Street, P. O. Box 1832
         New Haven, Connecticut  06508
       BY:  PENNY Q. SEAMAN, ESQ.

        Susan E. Catucci, RMR
        Official Court Reporter
        915 Lafayette Boulevard
        Bridgeport, Connecticut  06604
          Tel: (917)703-0761

1050

I N D E X

WITNESSES:

. . .

DAVID FREEDMAN (Via Videoconference)

Direct Examination by Ms. Seaman..................,1204
Redirect Examination..............................1260
Cross Examination by Mr. Ponvert..................1244
Recross Examination...............................1262

1167

1     A F T E R N O O N   S E S S I O N

2         (1:30 o'clock p. m.)

1259

7   Q. [BY MR. PONVERT] I'm going to ask you one question about, you were

8   talking about incubation period for these tick-borne

9   encephalitis diseases, and you said the incubation period

10  is from two to 28 days, but it's most commonly seven to 14

11  days, correct?

12  A. Correct.

13  Q. Okay.

14      THE COURT: That was a correct? We didn't hear

15  it but --

16  BY MR. PONVERT:

17  Q. Correct?

18  A. Correct, I said correct.

6

19   Q.  Meaning when someone contracts a tick-borne

20   encephalitis, it is more likely than not that they were

21   bitten by the tick seven to 14 days before the symptoms

22   show up?

23   A.  Yes, that is correct.  But that applies to all of the

24   tick-borne flaviviruses, not just the particular viruses

25   called TBE.

1267

CERTIFICATE

I, Susan E. Catucci, RMR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/S/ Susan E. Catucci
───────────────────────────

Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (917) 703-0761

## **CERTIFICATION**

This is to certify that on March 23, 2013 the foregoing document was emailed to, and on March 25 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service, upon the following parties and participants:

Attorney Penny Q. Seaman
Wiggin and Dana, LLP
265 Church Street
New Haven, CT 06510

                                                        /s/Antonio Ponvert III
                                                         Antonio Ponvert III