UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    :
MUNN, ET AL                         :   CIVIL ACTION NO.
                                    :   3:09cv0919 (SRU)
                                    :
vs.                                 :
                                    :
THE HOTCHKISS SCHOOL                :   MARCH 23, 2013
_____ :


**PLAINTIFFS' PROPOSED AGENCY INSTRUCTION**


      The named defendant in this case is The Hotchkiss School. It is undisputed that Hotchkiss employed David Thompson, Jean Yu, Ken Gu, Stuart Sweeney, Dr. Jared Zelman and the school Infirmary staff, and the Chinese tour company and tour guides on the China trip. In 2007, prior to and at the time of the Chia trip these individuals were acting as agents of The Hotchkiss School. Therefore, I instruct you that Hotchkiss is legally responsible or liable for any acts of negligence that you find to have been proven against one or more of these individuals. In other words, if you find that one or more of these individuals were negligent in connection with the China trip, then you *must* find that The Hotchkiss School was also negligent.

    *Mullen v. Horton*, 46 Conn. App. 759, 764 (1997).

>Respectfully submitted,
>
>THE PLAINTIFFS
>
>By /s/_____
>    Antonio Ponvert III
>    Federal Bar No. ct17516
>    Koskoff, Koskoff & Bieder
>    350 Fairfield Avenue
>    Bridgeport, Connecticut 06604
>    Tel:  203-336-4421
>    Fax: 203-368-3244
>    Email: aponvert@koskoff.com

**CERTIFICATION**

This is to certify that on March 23 the foregoing document was emailed to, and on March 25 the foregoing document will be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon, the following parties and participants:

Attorney Penny Q. Seaman
Wiggin and Dana, LLP
265 Church Street
New Haven, CT 06510

>/s/Antonio Ponvert III
>Antonio Ponvert III