UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**MUNN, ET AL**                        :    CIVIL ACTION NO.
                                       :    3:09cv0919 (SRU)
                                       :
**vs.**                                :
                                       :
**THE HOTCHKISS SCHOOL**               :    MARCH 23, 2013
_____ :

PLAINTIFFS' PROPOSED INSTRUCTION
RE PARENTAL CONTRIBUTORY NEGLIGENCE

There has been some testimony and evidence about what Cara's parents, Christine and Orson Munn, may have seen or read or done or failed to do prior to the China trip.  You are instructed that the law prohibits you from assigning any fault or blame whatsoever to Cara's parents in this case.  The acts or omissions, or alleged acts or omissions, of Cara's parents are entirely irrelevant to the issues you are to decide, and you may not consider them in assigning blame or fault for Cara's injuries or in your consideration of any award of damages.

*Crotta v. Home Depot, Inc.*, 249 Conn. 634, 643  (1999)

*Rumm v. Shack Rest.*, 2011 Conn. Super. LEXIS 721 *10-11 (March 25, 2011)

      Respectfully submitted,

      THE PLAINTIFFS

By /s/_____
    Antonio Ponvert III
    Federal Bar No. ct17516
    Koskoff, Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    Tel:  203-336-4421
    Fax: 203-368-3244
    Email: aponvert@koskoff.com

## **CERTIFICATION**

This is to certify that on March 23 the foregoing document was emailed to, and on March 25 the foregoing document will be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon, the following parties and participants:

Attorney Penny Q. Seaman
Wiggin and Dana, LLP
265 Church Street
New Haven, CT 06510

      /s/Antonio Ponvert III
      Antonio Ponvert III