AO 187 (Rev. 7/87) Exhibit and Witness List — **Witness List**

# United States District Court

DISTRICT OF **Connecticut**

**Munn, et al.** v. **Hotchkiss School**

EXHIBIT AND WITNESS LIST

CASE NUMBER: 09 cv 919

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan R. Underhill | Antonio Ponvert | Penny Seaman |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/6/13, 3/18/13 – 3/ | Susan Catucci | Barbara Sbalbi / A. Munoz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/6/13 | | | Malcolm MacKenzie, Hotchkiss Head of School |
| | | 3/18/13 | | | David Thompson, Dir. of Int'l Travel Program, Hotchkiss |
| | | 3/18/13 | | | Jared Zelman, Medical Director, Hotchkiss |
| | | 3/19/13 | | | Dr. Peter Tarlow, Plaintiff Liability Expert |
| | | 3/19/13 | | | Jean Yu, Hotchkiss Trip Leader |
| | | 3/19/13 | | | Dr. Stuart Rose, Plaintiff Liability Expert |
| | | 3/20/13 | | | Dr. Stuart Rose, continued |
| | | 3/20/13 | | | Dr. Douglas Finch, Travel Medicine Doctor at Sharon Hospital |
| | | 3/20/13 | | | Erica Goss Goldstein, Cara's Speech Psychologist |
| | | 3/21/13 | | | Dr. Robert Tepley, Neuropsychologist |
| | | 3/21/13 | | | Christine Munn, Cara's Mother |
| | | 3/21/13 | | | Orson Munn, Cara's Father |
| | | 3/21/13 | | | Cara Munn |
| | | 3/22/13 | | | Dr. Jeff Blank, Rehabilitation Specialist |
| | | 3/22/13 | | | Dr. Gary Crakes, Economist |
| | | 3/22/13 | | | Dr. David Freedman, Defense Liability Expert (testimony struck) |
| | | 3/25/13 | | | Mr. William Fluharty, Defense Liability Expert |
| | | 3/25/13 | | | Mr. John Dahlberg, Rehabilitation Consultant |
| | | 3/25/13 | | | Mr. Richard Heaps, Economist |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.