PLAINTIFFS' EXHIBIT LIST
Munn et al v. Hotchkiss School
09cv0919

| EXHIBIT # | DATE | DESCRIPTION |
|---|---|---|
| 1. | | Hotchkiss Pre-Departure. Manual |
| 2. | 4/21/07 | Email from Hotchkiss trip leader Jean Yu and attachment with packing list |
| 3. | 5/12/07 | Email from Jean Yu to Nurse Karen Grimaldi |
| 4. | 5/12/07 | Email from Jean YU re: minutes of meeting |
| 5. | 5/10/07 | Email from Jean Yu re: meeting reminder |
| 6. | 5/21/07 | Email from Christine Munn to Wendy Murphy |
| 7. | 5/20/07 | Email from KarenGrimaldi to Christine Munn |
| 8. | Summer 2007 | Dr. Zelman – travel to China |
| 9. | 4/23/07 | CDC China Travelers Health Advisory in effect at the time of the China Trip |
| 10. | | Hotchkiss Summer Program in China |
| 11. | | Plan for Chinese Summer Camp (3 pages) |
| 12. | | Costs breakdown for 5 week Hotchkiss Chinese Program |
| 13. | | Map of China |
| 14 a & b. | | Maps of Tianjin Province - China |
| 15. | 5/4/07 | Travax Report |
| 16. | 7/31/07 | Email chain including Yu &Thompson |
| 17. | 4/25/06 | Hotchkiss School Health Dept. form |

Handwritten annotations in left margin: 3/6/13 FULL (multiple entries); "admitted for weekend teacher only" near 12; 3/19/13 FULL near 14 a & b and 16.

|  |  |  |
|---|---|---|
| 18 (a-1). |  | Photographs – Mt. Pan (12) 18a-1 |
| 19. |  | Mt. Pan card brochure |
| (20.) |  | Photographs of Mt. Pan trip |
| 21. | 2007 | The experiment of International Living - Immunization and Health Information |
| (22.) |  | Figure 12.6 from Travel Medicine by Freedman et.al. |
| 23. | 2000 | Japanese Encephalitis Neurological Aspects of Tropical Disease |
| 24. | April 2002 | Regional Disease Vector Ecology Profile: East Asia |
| 25. | 2009 | Expert Opinion on Vaccination of Travelers against Japanese Encephalitis by Freedman, et.al. |
| 26. | 4/2010 | *The Neglected Arboviral Infections in Mainland China*, Neglected Tropical Diseases |
| 27. |  | Fig. 10.9, Chapter 10: Travel Medicine 2nd Edition by Freedman et.al. |
| 28. | 2006 | Threats to international Travelers posed by Tick-borne diseases by Jensenius, et.al., Travel Medicine and Infectious Disease |
| 29. |  | Excerpts from Tick-Borne Diseases of Humans by Goodman, et.al., 2005 |
| 30. | 2/16/12 | Email from Jingze Liu to Durland Fish |
| 31. |  | (WHO) Tick-borne Encephalitis –World Health Organization-International Travel & Health |

Full 3/19/13

Full 3/20/13

| # | Date | Description | Annotation |
|---|---|---|---|
| 32. | | Tick-borne encephalitis World Health Org. - Immunization, Vaccines | |
| 33. | Summer 2011 | Hotchkiss Magazine Excerpts | |
| (34.) | 3/26/10 | CDC MMWR | FULL 3/20/13 |
| 35. | 9/2011 | Life Expectancy Table from Dr. Crakes | |
| (36.) | | Medical Records of Cara Munn (2-3 binders), 24 tabs | FULL 3/21/13 |
| (37.) | | Medical bills & Specials of Cara Munn | FULL 3/21/13 |
| (38.) | | Out of Pocket Expenses – Orson & Christine Munn | FULL 3/21/13 |
| 39. | | Markle Investigation Report 9/30/2011 | |
| 40. | | C.V. of Dr. Peter Tarlow | |
| 41. | | Report of Dr. Peter Tarlow | |
| (42.) | | Exhibits to Report of Dr. Peter Tarlow (A-C, E-T) | Full as to H - M 3/19/13 |
| 43. | | C.V. of Stuart Rose, M.D. | |
| 44. | | Report of Stuart Rose, M.D. | |
| 45. | | C.V. of Robert Tepley Ph.D | |
| 46 | | Report of Robert Tepley, Ph.D. | |
| 47. | | C.V. of Dr. Jeff Blank | |
| 48. | | Report of Dr. Jeff Blank | |
| 49. | | C.V. of Dr. Andrew Yuan | |
| 50. | | Report of Dr. Andrew Yuan | |
| 51. | | C.V. of Lawrence Forman | |
| (52.) | | Report of Lawrence Forman | FULL 3/22/13 |
| 53. | | C.V. of Gary Crakes Ph.D. | |
| 54. | | Report of Gary Crakes, Ph.D. | |
| (400) | | Photographs of Hotchkiss School | FULL 3/6/13 |
| 401 | | Map of China | |
| (402) | June 18, 2012 | Defendants' Responses to Discovery Requests | FULL 3/18/13 |

(403)  *PULL 3/19/13*   January 9, 2007   Photograph of Cara with father and sister

(405)  picture of Mt. pan

*PULL 3/19/13*