United States District Court
District of Connecticut
FILED AT BRIDGEPORT
March 27, 20 13
Roberta D. Tabora, Clerk
By B. Shalley
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARA MUNN,<br><br>                Plaintiff,<br><br>v.<br><br>THE HOTCHKISS SCHOOL,<br><br>                Defendant. | NO. 3:09-cv-0919 (SRU) |

## VERDICT FORM

We the jury unanimously find as follows:

**Question 1:** Has the plaintiff proven by a preponderance of the evidence that the Hotchkiss School ("Hotchkiss") was negligent in failing to warn Cara Munn before or during the trip to China in the summer of 2007 about the risk of insect-borne illness on the trip?

        Yes ✓        No _____

*(Go on to Question 2.)*

**Question 2:** Has the plaintiff proven by a preponderance of the evidence that Hotchkiss was negligent in failing to ensure that Cara Munn used protective measures to prevent infection by an insect-borne disease while visiting Mt. Pan?

        Yes ✓        No _____

*(If you answer "YES," to either Question 1 or 2, then go on to Question 3. If you answer "NO," to both, then the foreperson should sign and date this form.)*

**Question 3:** Has the plaintiff proven by a preponderance of the evidence that Cara Munn was infected by an insect-borne disease while visiting Mt. Pan?

        Yes ✓        No _____

*(If you answer "YES," then go on to Question 4. If you answer "NO," then the foreperson should sign and date this form.)*

**Question 4**: Was one or more of Hotchkiss's negligent acts or omissions a cause-in-fact of Cara Munn's injuries?

Yes ✓         No _____

*(If you answer "YES," then go on to Question 5. If you answer "NO," then the foreperson should sign and date this form.)*

**Question 5**: Was one or more of Hotchkiss's negligent acts or omissions a substantial factor that, acting alone or in conjunction with other factors, brought about Cara's injuries?

Yes ✓         No _____

*(If you answer "YES," then go on to Question 6. If you answer "NO," then the foreperson should sign and date this form.)*

**Question 6:** If you answered "Yes" to Question 5, then enter the amount of damages that you find the plaintiffs have proven by a preponderance of the evidence to be fair and reasonable compensation for their injuries:

(a) Past economic damages            $ 450,000 . 00

(b) Future economic damages         $ 9,800,000 . 00

(c) Cara Munn's non-economic damages   $ 31,500,000 . 00

(d) Total damages                   $ 41,750,000 . 00

**Question 7:** Do you find that defendant proved by a preponderance of the evidence that Cara Munn was negligent in a manner that partially caused her injuries and the damages you found in Question 6? If yes, enter Cara's percentage of fault. If no, enter zero.

Yes _____       No ✓

Percentage of Cara Munn's fault    0

Take the total damages listed above, multiply that total by the percentage attributable to Cara Munn's negligence, subtract the resulting figure from the total damages amount, and state the resulting adjusted total here:

$ 41,750,000 . 00

2

*(The foreperson should sign and date this form)*

                                                                    FOR THE JURY,

                                          /s/
                                          _____
                                                          Signature of Foreperson

                                          3/27/13
                                         _____
                                                                    Date