# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Cara Munn, et al.,

    v.                                                                                  3:09cv919 (SRU)

Hotchkiss School

## **JUDGMENT**

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On March 27, 2013, after deliberation, the jury returned a verdict in favor of the plaintiffs, Cara Munn, Orson Munn, and Christine Munn, and found the defendant, Hothckiss School, was liable for damages resulting from the school's negligence. The jury awarded the plaintiff $41,750,000.00.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the plaintiffs Cara Munn, Orson Munn, and Christine Munn, against the defendant Hotchkiss School in the amount of $41,750,000.00.

Dated at Bridgeport, Connecticut, this 9th day of April 2013.

                                                                     ROBERTA D. TABORA, Clerk

                                                                     By   /s/ Barbara Sbalbi
                                                                                Deputy Clerk

Entered on Docket 4/9/13