# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand and eighteen.

_____

Orson D. Munn, III, as Parent & Next Friend of C.M. & Ind, Christine Munn, as Parent & Next Friend of C.M. & Ind, Cara L. Munn,

    Plaintiffs - Appellees,

v.

The Hotchkiss School,

    Defendant - Appellant.

_____

**STATEMENT OF COSTS**

Docket No. 14-2410

IT IS HEREBY ORDERED that costs are taxed in the amount of $168.00 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 3/5/2018