UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARA MUNN, et al., | : |
| Plaintiffs | : CIVIL ACTION NO. |
| | : 3:09cv0919 (SRU) |
| vs. | : |
| THE HOTCHKISS SCHOOL, | : |
| Defendant | : |
| | : MARCH 26, 2018 |

## SATISFACTION OF JUDGMENT

Whereas, on April 9, 2013 a judgment, as then amended on July 10, 2014, was recovered by the Plaintiffs, Cara Munn, Orson Munn, and Christine Munn, against the Defendant, The Hotchkiss School, for the sum of $41,465,905.39, with interest at the annual rate of 0.13 percent, compounded annually from the date of Judgment;

Whereas, the Plaintiffs waive collection of the bill of costs on appeal and in the District Court; and

Whereas, the Judgment and Post-Judgment Interest have been fully paid to the Plaintiffs.

Therefore, full satisfaction of the Judgment with Post-Judgment Interest is acknowledged, and the Clerk of Court is authorized and directed to cancel and discharge the Judgment.

THE PLAINTIFFS

By   /s/ Antonio Ponvert III
    Antonio Ponvert III
    Alinor C. Sterling
    Federal Bar No. ct17516
    Federal Bar No. ct17207
    Koskoff, Koskoff & Bieder, PC
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    Tele:    203-336-4421
    Fax:    203-368-3244
    Email:    aponvert@koskoff.com
              asterling@koskoff.com

## **CERTIFICATION**

This is to certify that on March 26, 2018 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Wiggin and Dana, LLP
265 Church Street
New Haven, CT 06510

Horton, Dowd, Bartschi & Levesque, P.C.
90 Gillett Street
Hartford CT 06105

     /s/ Antonio Ponvert III
     Antonio Ponvert III
     Alinor C. Sterling